608 So.2d 536 (1992)
STATE of Florida, Appellant,
v.
Michael C. BROWER, Appellee.
No. 92-00672.
District Court of Appeal of Florida, Second District.
November 13, 1992.
Robert A. Butterworth, Atty. Gen., Tallahassee, and Davis G. Anderson, Jr., Asst. Atty. Gen., Tampa, for appellant.
Robert A. Jagger, Public Defender, and Craig Levalley, Asst. Public Defender, Clearwater, for appellee.
PER CURIAM.
Affirmed. See D.P. v. State, 597 So.2d 952 (Fla. 1st DCA 1992).
HALL, A.C.J., and THREADGILL and PATTERSON, JJ., concur.